UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LARRY LORENZO JONES,

    Petitioner,

vs.                                  Case No. 3:06-cv-82-J-12HTS
                                                  3:88-cr-215-J-12

UNITED STATES OF AMERICA,

    Respondent.

---

## O R D E R

This cause is before the Court on the Petitioner's Notice of Appeal (Civ. Doc.3), filed February 6, 2006, which the Court construes as a request for a Certificate of Appealability (Civ. Doc.4).

The Petitioner seeks to appeal the Court's Order (Civ. Doc.2) filed January 27, 2006, dismissing his §2255 motion for failure to obtain permission for filing it from the Eleventh Circuit Court of Appeals.

The Court finds that the Petitioner has not made a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's previous Order (Civ. Doc.2). As a result, the Petitioner's request for a Certificate of Appealability must be denied. Accordingly, it is

**ORDERED AND ADJUDGED:**

That the Petitioner's request for Certificate of Appealability (Civ. Docs. 3 and 4) is denied.

**DONE AND ORDERED** this __8 TH__ day of February 2006.

*Howell W. Melton*
Howell W. Melton
Senior United States District Judge

Copies to:   Petitioner
             AUSA